UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR10-124-MJP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| SINISA GAVRIC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:        Conspiracy to Distribute Marijuana

Date of Detention Hearing:    May 3, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.        Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                                    PAGE 1

01   dangerousness and flight risk, under 18 U.S.C. §3142(e).

02       2.       Defendant was born in Bosnia, and moved to Ontario, Canada with his family in

03   1996.  He relocated to Vancouver, BC in 2006.  He has family members and a girlfriend in

04   Bosnia, and traveled to that country recently.  He was previously married for six months to a

05   Serbian national who resides in Canada.  The defendant is a citizen of Bosnia and a permanent

06   resident of Canada, in the process of becoming a citizen of Canada.  It appears that a conviction

07   for the current charges would seriously threaten his ability to reside in Canada.

08       3.       Defendant reports self-employment as a painter for the last three years.  The

09   AUSA proffers that the circumstances surrounding the instant charges indicate a substantial

10   marijuana smuggling endeavor involving a number of other individuals.  Defendant and the other

11   individuals were allegedly arrested while traversing a wooded area on snowshoes with large

12   quantities of marijuana in their backpacks.  The defendant's backpack included several machetes.

13       4.       Defendant poses a risk of nonappearance due to his Bosnian citizenship and the

14   likely adverse affect a conviction in the instant case would have on his attempt to become a

15   Canadian citizen.  An immigration detainer has been filed, posing the risk that the defendant

16   might be deported to Bosnia, rather than to Canada.  He has strong ties to Bosnia, and his source

17   of income is unverified.  Defendant poses a risk of danger due to the nature of the current charges

18   and alleged possession of machetes.

19       5.       Taken as a whole, the record does not effectively rebut the presumption that no

20   condition or combination of conditions will reasonably assure the appearance of the defendant

21   as required and the safety of the community.

22   It is therefore ORDERED:

DETENTION ORDER                                                        PAGE 2

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>3rd</u> day of May, 2010.

Mary Alice Theiler
United States Magistrate Judge